UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIA BOUGAI,

    Plaintiff,

v.

MICHAEL MUKASEY, Attorney General, et al.,

    Defendants.

Case No. C08-624RSL

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of PLAINTIFF in the amount of $350.00.

Dated this ___6th___ day of OCTOBER, 2008 .

                                       Bruce Rifkin

                                       Clerk, U.S. District Court

TAXATION OF COSTS -- 1